(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Steve A Hickman
    (Name of Plaintiff)    (Inmate Number)

9028 Green Top Rd Lincoln DE 19960
    (Complete Address with zip code)

(2)_____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Det Marzec
(2) Department of Drug Enforcement
(3) Agent Tom Jacobs
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

RECEIVED
DEC - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

0 5    8 3 9

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

☐ Jury Trial Requested

I.    **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

II.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.     Is there a prisoner grievance procedure available at your present institution?  ☑ Yes  ☐ No

B.     Have you fully exhausted your available administrative remedies regarding each of your present claims?  ☑ Yes  ☑ No

C.     If your answer to "B" is Yes:

1.  What steps did you take?  Fele  Petition  in  Superior  Court  Return of  Property

2.  What was the result?  None  at  this  time

D.     If your answer to "B" is No, explain why not: _____

III.     **DEFENDANTS** (in order listed on the caption)

(1)  Name of first defendant:  Det  Marzec

Employed as  Police  Officer  at  Delmar  Delaware / Md

Mailing address with zip code:  400  South  Pennsly vonia  21875

Ave.,  Delaware / Md  21875

(2)  Name of second defendant:  Department of  Drug Enforcement

Employed as _____  at  Dover  DE,

Mailing address with zip code: _____

(3)  Name of third defendant: _____

Employed as _____  at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.    On 09-21-05 Def Marzec, Agent Tom Jacobs, and Chris Quaglino, arrested Steve Hickman on a Delivery Charge and began a illegal search and seizure of

2.    his Lincoln Delaware residente with a search warrant for a Ellendale residence. The-1 removed $12,900⁰⁰, personal papers 1999 Dodge Durango + a cell phone

3.    and turn all these items over + DEA with no legal or practical purpose for them to recieve or hold at that time no prosecution Steve Hickman is being pursued by DEA

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.    Declaratory Relief Declaring these acts unconstitutional In junctive Relief preventing Future abuse Punitive damages in the amount of $500,000 per defendant

2.  Return of Property seized
    immediately

3.  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___5th___ day of ___December___, 2 __05__

_Steve Andrew High_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)