IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE A. HICKMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-839-KAJ |
| | ) |
| DET. MARZEC, DEPARTMENT OF DRUG ENFORCEMENT, AGENT TOM JACOBS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of Dec., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge