IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

STEVE A. HICKMAN  
& TAWANDA WEATHERSPOON  
   Petitioners  
vs  

C.A. No. 05-839 (LAJ)

DET. MARZEC & DEPARTMENT OF  
DRUG ENFORCEMENT AGENCY  
   Respondents  

dated: 12/12/05



RECEIVED DEC 2 0 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PETITION FOR RETURN OF PROPERTY

    NOW Comes the petitioners, Steve A. Hickman and Tawanda Weatherspoon, who So moves the Honorable Court for the Return of their Illegally seized property, and submit The following in support of the same:

    [a]. Det. Marzec and several Police Officer as well as two DEA agents, on 21st day of September 2005, executed a search warrant for a residence in Ellendale, Delaware, illegally searched and seized personal property of Steve Hickman and Tawanda Weatherspoon, who live in Lincoln, Delaware.

    [b]. Since date to now Det. Marzec and the Drug Enforcement Agency, have held, utilized and controlled the latter mentioned property, while denying petitioner any type of Due Process of opportunity to regain their illegally seized property.

    The facts in responses has totally misrepresented the facts in this case. A Preliminary Hearing was held on 09-29-05 and the under oath testimony of Det Marzec, contradicts nearly every fact raised in the resonse by Mr. Martin B. O'Connor. I will enter the official transcripts of that hearing as well as the Search Warrant used, plus the arrest warrants utilized by Det Marzec, on the 30th of June and 21st of September.

    (1). Det Marzec prepared both Arrest Warrant and Affidavits of Probable Cause and executed both arrest and pursued them not in Federal Courts, but the State of Delaware Court's system. [A-1 thru A-3 & B-1 thru B-3]

    (a). The Possession with Intent to Deliver, on 09-21-05, [B-2] is the same in time, date and location as the Possession with Intent to Deliver, on 06-30-05. [A-2] [look at A-3 and compare it to B-3]

    (2). Whe asked on the stand under oath about his investigation on the 23rd of June 2005, about did he observe Steve in possession of the plastic bag containing the crack he responded, he didn't see it in his possession that day.

    AA-24 reads:

Q. Question : Did you see Steve a Hickman place a plastic bag in the sign?

A.   I did not see a plastic bag, no

In reality no probable cause happen or existed that would support the 23rd as being the basis for Possession with Intent charge used to arrest Steve Hickman on 09-21-05.

(3). When asked under oath about the Search Warrant, used on 09-21-05 Det Marzec responded , that the warrant was for a residence in Ellendale Delaware, and even stopped in the Town of Ellendale and had the Police Officer of that Town follow him to a residence in Lincoln that he believe was Ellendale.

AA-27 reads:

Q.   Question: Did you apply for this Search Warrant for a residence in Ellendale Delaware?

A.   I applied for the search warrant for Steven Hickman, black male, five seven, two fifty, date of birth 3/19/80, premises known are located at 9008 Greentop Road, Ellendale, Sussex County Delaware.

(4). The Search Warrant list Ellendale as the Town twice also. [AA-1]

(5). No new charges came about as a result of the Search and Seizures [State or Federal] as well as no charges are pending in any Federal Court that the seized property is needed for any prosecution.

These facts were known by Det Marzec at the time of the seizures and the procedures being used now to deny Steve Hickman and Tawanda Weatherspoon of their legal and lawful property, is illegal, unlawful, unconstitutional and serves no purposes for the State of Delaware or the U.S. Government.

(6). First the property shouldn't have been seized, Secondly it should have never left the premises and thirdly the State should participate in the "passing of the buck procedure" it is doing now.

(a). A Delaware Judge issued the Search Warrant, A Delaware Police Officer applied for it as well applied for Arrest warrants, that are being prosecuted in the Delaware Court system, to use the DEA presence as excuse to abuse the petitioners this way is ridiculous.

The property Receipt recieved by Hickman and Weatherspoon wasn't legible at all and they were not able to obtain any valuable information from it.

Respectfully, submitted

Steve Hickman

Tawanda Weatherspoon
9008 Greentop Rd
Lincoln, DE. 19960 302-422-9337

Cc: Det. Marzec
U.S. Dept. of Justice