(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) STEVE A. HICKMAN
    (Name of Plaintiff)    (Inmate Number)

9008 GREENTOP Rd.
LINCOLN, DE 19960
(Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) TOWN OF DELMAR

(2) DAVID HUME IV

(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

05-839 (KAJ)
(Case Number)
(to be assigned by U.S. District Court)

AMENDED
**CIVIL COMPLAINT**

☐ Jury Trial Requested

2006 JAN -5  AM 11:58
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? FILED PETITION IN SUPERIOR COURT FOR RETURN OF PROPERTY

2. What was the result? NONE @ THIS TIME.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: TOWN OF DELMAR
Employed as TOWN OFFICIALS at TOWN OF DELMAR
Mailing address with zip code: 400 S. PENNSYLVANIA AVE., DELMAR, MD 21875

(2) Name of second defendant: DAVID HUME IV
Employed as DISTRICT ATTORNEY at ATTORNEY GENERAL'S OFFICE
Mailing address with zip code: 114 E. MARKET ST. GEORGETOWN, DE 19947

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 09-21-05 Det Marzec, Agent Tom Jacobs, and Chris Quaglino, arrested Steve Hickman on a Delivery charge and began a illegal search and seizure of
2. his Lincoln Delaware residence with a search warrant for a Ellendale residence. They removed $12,900.00, personal papers, 1999 Dodge Durango + a cell phone
3. and turn all these items over to DEA with no legal or practical purpose for them to recieve or hold at that time no prosecution Steve Hickman is being pursued by DEA

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Declaratory Relief Declaring those acts unconstitutional Injunctive Relief preventing Future abuse Punitive damages in the amount of $500,000 per defendant

3

2. Return of Property seized immediately

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___5th___ day of ___December___, 2_05_

___Steve Andrew Hich___
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)